AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>JAMARYL SPAULDING<br><br>Defendant | ) ) ) ) ) ) ) Case No. 3:24-cr-00116-2 Judge Campbell |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **JAMARYL SPAULDING**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 933 - weapons trafficking conspiracy
18 U.S.C. § 371 - conspiracy to commit weapons trafficking offenses

Date: 06/05/2024

*Jeremy Medley*
Issuing officer's signature

City and state: Nashville, TN

Jeremy Medley, Criminal Case Administrator
Printed name and title

### Return

This warrant was received on (date) 06/06/2024, and the person was arrested on (date) 12/16/2024
at (city and state) Joliet, IL

Date: 12/16/2024

Arresting officer's signature

William Engle SA
Printed name and title